UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATT GEIGER,

    Plaintiff,

v.        Case No. 8:08-cv-1395-T-30TGW

GLOBAL ASSET HOLDINGS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal (Dkt. #19). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed, with each side to bear its own fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 18, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-1395.dismissal 19.wpd